**No. 53868.**—Glenmore Distilleries Company *v.* United States, protest 148462–K (New York).

Opinion by JOHNSON, J.   The protest was dismissed.

**No. 53869.**—American Consolidated Corp. et al. *v.* United States, protests 141281–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 5, 1950

**No. 53870.**—Alfred W. Hopson *v.* United States, petition 6702–R (Tampa).

Opinion by JOHNSON, J.   At the trial the petitioner testified that large quantities of these gloves were purchased and entered at the same price and that the six entries in question were the only importations advanced in value; that he had discussed the value of gloves on several occasions with customs officials; and that upon his investigation in the Cuban markets he found he was paying 50 cents a dozen more than the home value.   Later, petitioner was given an opportunity to amend the entries, but he did not receive notice from the broker until about 3 days before the limit of time set for amendment.   Before he could ascertain from the broker what the trouble was, the time to amend had passed.   In view of the evidence presented, it was held that the petitioner showed good faith in entering the goods as he did and was entirely without intent to defraud the revenue or deceive the appraiser.   The petition was therefore granted.

JANUARY 5, 1950

**No. 53871.**—Florida Fishermens Supply Co. *v.* United States, protest 144602–K.——Abstract 53713.   Plaintiff's application for rehearing denied.

JANUARY 3, 1950

**No. 53872.**—SUIT 4599.—United States *v.* Ignaz Strauss & Co., Inc.——C. D. 1094 affirmed November 7, 1949.   C. A. D. 415.

**No. 53873.**—SUIT 4613.—United States *v.* Ignaz Strauss & Co., Inc.——C. D. 1132 affirmed November 7, 1949.   C. A. D. 418.

**No. 53874.**—SUIT 4615.—United States *v.* Fries Bros., Inc.——C. D. 1135 affirmed November 7, 1949.   C. A. D. 416.